IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*FILED AUG 13 2014*

| | | |
|---|---|---|
| CHARLES PACK | : | CIVIL ACTION |
|    Petitioner, | : | |
| | : | |
|         v. | : | |
| | : | |
| GERALD L. ROZUM, et al., | : | NO.  14-1248 |
|    Respondents. | : | |

## O R D E R

**AND NOW**, this 13th day of August , 2014, upon careful and
independent consideration of the petition for a writ of habeas corpus, the response, the reply, and
available state court records, and after review of the Report and Recommendation of United States
Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is placed **IN SUSPENSE** until the conclusion
   of Pack's state proceedings; and

3. Petitioner and Respondents **SHALL NOTIFY** the Court within thirty days of the
   conclusion of the state proceedings in his case so that the habeas petition may proceed
   in this Court.

BY THE COURT:

**/s/ Legrome D. Davis**

_____
LEGROME D. DAVIS,         J.

**ENTERED**
AUG 1 4 2014
**CLERK OF COURT**