# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES PACK, | : |
| Petitioner, | : CIVIL ACTION |
| v. | : NO. 14-1248 |
| GERALD L. ROZUM, et al., | : |
| Respondents. | : |

## ORDER

**AND NOW**, this _11th_ day of February, 2020, upon consideration of the Petition for Writ of Habeas Corpus (Docs. 5 & 10), the Response to the Petition for Writ of Habeas Corpus (Doc. 26), Petitioner's Reply thereto (Doc. 27), the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Doc. 29), and Petitioner's Objections to the Report and Recommendation (Doc. 33), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**; and

3. There is no basis for the issuance of a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as closed for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J**